■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL McKEE, Appellant. [642 NYS2d 554] —Appeal by the defendant from a judgment of the County Court, Nassau County (DeRiggi, J.), rendered March 23, 1995, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN W. MILBANK, Appellant. [642 NYS2d 555] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 2, 1992 (*People v Milbank,* 187 AD2d 459), affirming a judgment of the County Court, Nassau County, rendered June 9, 1989, and for leave to prosecute the application as a poor person.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, O'Brien and Thompson, JJ., concur.